IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-62937-MHM |
|     ALICE MITCHELL, | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 13 |

## MOTION TO APPROVE COMPROMISE OF CLAIM AND FOR APPROVAL OF ATTORNEYS'S FEES

COMES NOW, Debtor, Alice Mitchell, by and through her attorney, and files this Motion to Approve Compromise of Claim and For Approval of Attorney Fees and shows the Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Sections 1334 and 151 et seq. Venue is appropriate to 28 U.S.C. Section 1408. This matter is a core proceeding as contemplated in 28 U.S.C. Section 157(b).

2.

In Debtor's Chapter 13 schedule she disclosed a liability claim in the nature of an automobile collision and state law personal injury claim. The accident occurred on October 27, 2007. No lawsuit has been filed in this matter. The injured parties were Alice Mitchell and her husband, Brian Papin. The at fault party is James Kelly Barker. Brian Papin's claim has already been resolved.

3.

Special Counsel, Attorney Kenneth S. Nugent obtained approval from the Court on October 17, 2008, to represent the Debtor on her claim, after filing an Application on September 25, 2008.

4.

The Debtor, through special counsel, Kenneth S,. Nugent, has reached an agreement with the liability insurance carrier for the tortfeasor, Progressive Insurance Company, to compromise the liability claim for a cash settlement of Fifty Thousand Dollars ($50,000.00).  No lawsuit was filed to obtain this proposed settlement.

5.

This law firm was retained by the client on November 6, 2007, as a result of a automobile accident which left the client with serious injuries when the client was ejected from her vehicle upon impact.  The case included, but was not limited to, overseeing the client's medical treatment to insure continuous treatment of the client, collecting and reviewing evidence and documentation to establish the client's claim, negotiated client's medical bills, and prepared a settlement package for the insurance carrier.  Our initial demand of $50,000.00 was rejected by Progressive Insurance, however, after continuing to work with several insurance adjusters between August 15, 2008, and January 9, 2009, we were successful in settling the case for $50,000.00, the maximum policy limits available for this claim.

6.

Special Counsel, Kenneth S. Nugent, requests a fee totaling $16,666.67. This amount is thirty-three and one-third percent of the recovery and represents the total attorney fees agreed to by the parties.

7.

The Debtor proposes the following disbursement of settlement proceeds:

| | |
|---|---|
| Settlement Amount: | $50,000.00 |
| Attorney Fees: | $16,666.67 |
| Special Counsel's Expenses | $659.45 |
| All expenses were for the copying of medical records | |
| Payments to Medical Providers Atlanta Medical Center | $267.00 |
| Amount to be Paid to Trustee | $19,853.14 |
| Amount to be Retained by Debtor | $12,553.74 |
| Amount retained by the debtor is the balance after all creditors are paid in full at 100% | |

8.

Attorney shows that the fees are standard in the industry and are incorporated in the Attorney Client Contract. Counsel shows that he has extensive experience in handling personal injury lawsuits. The fees requested by Special Counsel for work on this claim are fair and equitable and he respectfully requests that this Court approve each.

WHEREFORE, the Debtor prays for the following:

a) that this Motion be filed, read and considered;

b) that a time, date and place be set for a hearing on this Motion;

  c)  that this Motion be granted and,

  d)  that this Honorable Court grant such other and further relief as it deems just and proper.

This 2nd day of April 2009.

                Respectfully submitted,
                **KENNETH S. NUGENT, P.C.**

                _/s/_____
                Christina Wagner
                Attorney for Plaintiff
                Georgia Bar No. 730120

4227 Pleasant Hill Road
Building 11, Suite 300
Duluth, Georgia 30096
(404)253-5822